AUSA: Matthew Roth  Telephone: (313) 226-9186
Special Agent: Kara M. Klupacs (ATF) Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>**CHRISTIAN ADAMS** | Case: 2:22−mj−30119<br>Assigned To : Unassigned<br>Assign. Date : 3/7/2022<br>In re: SEALED MATTER (MAW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2, 2021 - September 1, 2021__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(a)(6) and 2 | Aiding and abetting in making a flase statement during the acquisition of a firearm |
| 18 U.S.C. § 922(n) | Receipt of a firearm by a person under indictment |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kara M. Klupacs, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 7, 2022__

_____
*Judge's signature*

City and state: __Detroit, Michigan__        Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**<u>CRIMINAL COMPLAINT</u>**

I, Kara Klupacs, being first duly sworn, hereby depose and state the following:

**<u>INTRODUCTION</u>**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 2. I graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. I served eight years as a federal law enforcement officer with U.S. Customs and Border Protection and the U.S. Secret Service Uniformed Division. During my employment with ATF, I have conducted and participated in dozens of criminal investigations that involved the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2.      This affidavit is based on my personal knowledge, interviews conducted by myself and/or other law enforcement agents, communications with others who had personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is for the limited purpose of establishing probable cause and does not contain all facts known to law enforcement regarding this investigation.

3. Probable cause exists that, on or about August 2, 2021, Christian ADAMS knowingly aided and abetted in making a false statement during the acquisition of a firearm in violation of 18 U.S.C. §§ 922(a)(6) and 2. Probable cause exists that ADAMS received the same firearm after September 28, 2020, while he was under indictment under state charges punishable by more than one year incarceration, in violation of 18 U.S.C. § 922(n) (receipt of a firearm by a person under indictment).

## **PROBABLE CAUSE**

4. I reviewed a copy of ADAMS' computerized criminal history which revealed the following:

   a. September 28, 2020: One count felony weapons-carrying concealed in the Sixth Judicial Circuit, Oakland County, sentenced to HYTA probation. ADAMS is currently on HYTA probation; and

   b. January 25, 2022: One count of felony weapons-carrying concealed, pending in the Sixth Judicial Circuit, Oakland County.

5. I also contacted Michigan Department of Corrections (MDOC) Probation Agent Krzyzak who confirmed that ADAMS was and is actively on HYTA probation. I am aware an individual sentenced to HYTA probation qualifies

as "any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year" for the purposes of 18 U.S.C. § 922(n), based upon prior investigations involving the receipt of firearms by individuals on HYTA.

6. I am part of an active investigation into a violent street gang, operating in Pontiac, called the Rblock. Based on the information collected during the Rblock investigation, ADAMS is a member of Rblock.

7. On November 19, 2021, the ATF Detroit Crime Gun Enforcement Team (CGET) executed a search warrant at the residence of Bryce Cato (DOB: XX/XX/2000) in Pontiac. Cato is a known associate of ADAMS. No firearms were located in Cato's residence and CGET seized Cato's cellphone.

8. On November 22, 2021, an ATF Special Agent swore to and obtained a sealed federal search warrant to search the contents of Cato's cellphone.

9. A partial review of Cato's cellphone revealed multiple text conversations between Cato and ADAMS that involved firearms. During these conversations, ADAMS was on HYTA probation. As a result, he was prohibited from receiving firearms or ammunition.

10. On August 1, 2021, at approximately 9:35 p.m., ADAMS texted Cato "Let's go get that fn in the morning." Cato responded "Bet". Based on my training and experience, the reference "fn" was to a type of firearm manufactured by FN Herstal and imported by FN America.

11. On August 2, 2021, at approximately 10:41 a.m., ADAMS texted Cato "I'm finna pull up." At 10:45 a.m., Cato responded "Here I come."

12. According to firearms transaction records associated with Cato, on August 2, 2021, at 11:55 a.m. (one hour after ADAMS texted he was pulling up) Cato purchased a FN Herstal model FN Five-Seven, 5.7 caliber semiautomatic pistol bearing serial number 386398957 from the Federal Firearms Licensee (FFL) Dunham's Sports, located in the Eastern District of Michigan.

13. I obtained a copy of the ATF Form 4473 completed by Cato during his purchase of the FN firearm. Anyone who purchased a firearm from an FFL is required by law to complete ATF Form 4473. This form includes the following question for the purchaser of the firearm: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." Cato answered "Yes," and represented, on the form, that he was the actual buyer of the firearm.

14. Cato subsequently signed his name certifying his answers were true, correct, and complete. Cato also signed his name, on ATF Form 4473, that, "I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime

punishable as a felony under federal law, and may also violate state and/or local laws."

15. The Oakland County Sheriff's Office (OCSO) and the ATF CGET reviewed the Instagram postings from Instagram User ID "72_marc". This Instagram account is associated with Marcus Clark (DOB: XX/XX/2001), a known associate of ADAMS. An ATF Special Agent observed that on September 1, 2021, approximately one month after Cato purchased the FN firearm, Clark posted multiple images of several individuals in possession of firearms. The Special Agent identified the location of the posted images as a location in the Eastern District of Michigan. One of the individuals identified in the posted images was ADAMS. In the posted images, ADAMS possessed a FN Herstal model FN Five-Seven semiautomatic pistol. I reviewed the images and consulted with other ATF Special Agents familiar with the FN Herstal model FN Five-Seven pistol. Based on the unique barrel diameter, the front site, and grooves in the slide of the pistol, I, along with the Special Agents I consulted with, concluded that the pistol held by ADAMS was a FN Herstal model FN Five-Seven. This was the same type of firearm purchased by Cato on August 2, 2021.

16. On March 3, 2022, at approximately 9:03 a.m., the ATF CGET executed a federal search warrant at a residence associated with ADAMS in Pontiac. Upon entry into the residence, Special Agents identified ADAMS'

grandmother and ADAMS' minor brother. Soon thereafter, ADAMS' mother arrived and identified herself as the homeowner. ADAMS was not located at the residence. Agents and officers recovered the following items during the search of the residence:

    a.    One FN Herstal Pistol case for a FN Herstal model FN Five-Seven MKII 5.7 x 28 caliber pistol bearing serial number "386398957" located and recovered from under a safe, underneath the bed, in the second-floor northeast bedroom;

    b.    One twenty round 5.7 x 28 caliber pistol magazine;

    c.    A Michigan Sales Record documenting Cato's purchase of one FN Herstal model FN Five-Seven, 5.7 caliber semiautomatic pistol bearing serial number "386398957" from Dunham's Sports on August 2, 2021, located and recovered from inside the FN Pistol Manufacture's Case;

    d.    One safe containing ninety-four loose rounds of .357 caliber ammunition and a plastic bag containing five rounds of .38 special ammunition and eight rounds of .380 caliber ammunition;

    e.    A piece of lined notebook paper, in the safe, with the words "Christian Adams Science Work Mrs. Clark" handwritten at the

    top. This was located and recovered from underneath the bed in the second-floor northeast bedroom; and

  f. Other proof of residency in ADAMS' name located and recovered from the second-floor northeast bedroom.

  17. After being advised of and waiving their *Miranda* rights, both ADAMS' grandmother and mother identified the second-floor northeast bedroom as ADAMS' room. ADAMS' mother confirmed that ADAMS, and no one else, including guests, used the second-floor northeast bedroom.

  18. On March 3, 2022, I contacted Michigan Department of Corrections Probation Agent Jordan, the Probation Agent assigned to ADAMS. MDOC Agent Jordan reported that ADAMS was advised he could not possess, acquire or be around firearms on both September 29, 2020, and again on July 21, 2021. In addition, on July 21, 2021, ADAMS signed a MDOC Order of Probation acknowledging his prohibited status regarding firearms.

  19. On March 3, 2022, I contacted ATF Interstate Nexus Expert Special Agent Jimmie Pharr and provided a verbal description of the FN Herstal model FN Five-Seven. Based upon the verbal description, Special Agent Pharr advised that the firearm is a firearm as defined under 18 U.S.C. § 921 and manufactured outside of the state of Michigan after 1898, and therefore have traveled in and affected interstate commerce.

## CONCLUSION

20. Probable cause exists that on August 2, 2021, ADAMS, the true purchaser of the firearm, aided and abetted Cato in the straw purchase of a FN Herstal model FN Five-Seven, 5.7 caliber semiautomatic pistol bearing serial number 386398957, in violation of 18 U.S.C. §§ 922(a)(6) and 2.

21. Probable cause also exists that, on or about August 2, 2021, through and including September 1, 2021, ADAMS, a person under indictment, willfully received and knowingly and intentionally possessed the same FN Herstal model FN Five-Seven, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(n).

-9-

22. The above violations occurred within the Eastern Judicial District of Michigan.

Respectfully submitted,

_____
Special Agent Kara Klupacs
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE